**Dismissed and Memorandum Opinion filed September 1, 2022.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-22-00297-CV

---

### HEIDI PORTER, Appellant

### V.

### TOMPALL GLASER AND SARAH GLASER, Appellees

---

**On Appeal from the County Court at Law No. 1
Travis County, Texas
Trial Court Cause No. C-1-CV-21-004328**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed February 11, 2022. The clerk's record was filed May 3, 2022. The reporter's record was filed June 16, 2022. No brief was filed.

On July 21, 2022, this court issued an order stating that unless appellant filed a brief on or before August 22, 2022, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Jewell, Bourliot, and Zimmerer.